No. 83–1500. SUPER TIRE ENGINEERING CO. *v.* TEAMSTERS LOCAL UNION NO. 676. C. A. 3d Cir. Certiorari denied.

No. 83–1508. SEQUOIA BOOKS, INC. *v.* MCDONALD ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–1522. REDDING FORD *v.* CALIFORNIA STATE BOARD OF EQUALIZATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1537. HASLER ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–1559. AYRES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–1560. CANTRELL *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 83–1563. WILLS *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 83–1598. WISWELL *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 83–1605. FRANKS ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1634. HAROLD V. SIMPSON & CO. *v.* SHULER. C. A. 5th Cir. Certiorari denied.

No. 83–1635. WAGSHAL *v.* CROZER-CHESTER MEDICAL CENTER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–1651. KAMRIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1655. SOWERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1667. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–1669. SINITO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.